THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **FIDELITY NATIONAL TITLE GROUP,** <br><br> Defendant. | Civil Action No. 1:18-CV-20331-CMA <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff Symbology Innovations, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of the above-captioned action, without prejudice, with each party to bear its own costs, attorneys' fees and expenses.  The defendant has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.

Respectfully submitted,

*/s/ Alex J. Whitman*
Thomas C. Wright
Admitted *Pro Hac Vice*
Alex J. Whitman
Florida Bar No. 86276
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF**

1